# Court of Appeals
# of the State of Georgia

ATLANTA,  May 29, 2019

*The Court of Appeals hereby passes the following order:*

## A19D0463. TORAY DONTEZ PORTER v. THE STATE.

On March 26, 2019, the trial court issued an order dismissing Toray Dontez Porter's extraordinary motion for out-of-time appeal. On April 30, 2019, Porter filed this application for discretionary review of the trial court's order.[1] We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because this application was filed 35 days after entry of the order Porter seeks to appeal, it is untimely, and we lack jurisdiction to consider it. Accordingly, the application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/29/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Porter attempted to file his application earlier, but it was returned because he did not provide a copy of the order he sought to appeal as required by OCGA § 5-6-35 (c).